The document below is hereby signed.

Signed: March 5, 2019

*S. Martin Teel Jr.*
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ANGELO EARL HORTON, | ) | Case No. 18-00636 |
| | ) | (Chapter 7) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter. |

AMENDED MEMORANDUM DECISION AND ORDER
DENYING EMERGENCY MOTION TO STAY PENDING APPEAL

The court found a couple of typos in its *Memorandum Decision and Order Denying Emergency Motion to Stay Pending Appeal* (Dkt. No. 52). It is thus

ORDERED that the sentence reading:

But for the automatic stay, the debtor is subject to any foreclosure efforts with respect to the property (if it is exempted) to the same extent he would be had bankruptcy not ensued.

on page 4 is amended to read:

But for the automatic stay, the debtor is subject to any foreclosure efforts with respect to the property (if it is exempted) to the same extent he would have been had bankruptcy not ensued.

It is further

ORDERED that the sentence reading:

Of course, the bankruptcy court had jurisdiction to

>     decide the motion for relief from the automatic stay, and could have denied the motion if it were evident that Wilmington Savings were seeking to enforce an unsecured claim, but Wilmington Savings seeks only to enforce an alleged lien.

on page 8 is amended to read:

>     Of course, the bankruptcy court had jurisdiction to decide the motion for relief from the automatic stay, and could have denied the motion if it were evident that Wilmington Savings was seeking to enforce an unsecured claim, but Wilmington Savings seeks only to enforce an alleged lien.

[Signed and dated above.]

Copies to: Debtor (by hand-mailing); recipients of e-notifications of filings.